*de maximis, inc.*

Robert M. Farrell, Clerk of Court
November 14, 2016

## W. R. GRACE & Co.-Conn.
## 2016 ANNUAL STATUS REPORT TO THE COURT
## WELLS G&H SUPERFUND SITE, WOBURN, MASSACHUSETTS

### Major Milestones

**Status of W. R. Grace & Co.-Conn. (Grace) Source Area (OU-1) Remedial Action**

- Continued to submit monthly and annual reports to the United States Environmental Protection Agency (USEPA) and Massachusetts Department of Environmental Protection (MADEP). The monthly reports are submitted by the tenth day of each month and summarize work completed during each month. Please note that the August monthly report was submitted on 9/14/16 because there was a delay in obtaining monitoring data due to the on-going site development work noted below. The annual report is submitted by November 15 of each year and includes a summary of work and data collected during the previous year.

- On December 11, 2014, Grace sold the property located at 369 Washington Street (the Site) to Madison Woburn Holding, LLC. The property is currently being developed to accommodate three restaurants and one hotel. Grace continues to maintain responsibility for remedy operation and environmental monitoring at the site.

- The Grace groundwater recovery and treatment system has been operating for twenty-four years as of September 30, 2016. The currently operating extraction system at the Site consists of three recovery wells pumping from the unconsolidated deposits and shallow bedrock in two areas of the property. The remedial action began operation on September 30, 1992 with 22 recovery wells located in four areas on the Site. Pumping from Area 1 recovery wells (RW1 through RW6) ceased in 1997, with approval of EPA. Pumping from Area 2 (RW7 through RW12) and from seven of the nine Area 3 recovery wells (RW13 through RW16, RW18, RW19 and RW21) ceased, with conditional approval of EPA, on June 2, 2015.

**Status of Central Area (OU-2) Remedial Investigation (RI)**

- Recommendations to USEPA regarding a conceptual Phase 1B Work Plan that USEPA has requested were submitted to USEPA during 2012 by Beatrice Company, Grace, New England Plastics Corp. and UniFirst Corporation.

### Scheduled Activities

- Continue operation of the Grace OU-1 groundwater recovery and treatment system.

- By the tenth day of each month, continue to provide Grace OU-1 Monthly Progress Reports to USEPA and MADEP.

- By November 15, 2017, provide the Grace OU-1 Annual Report to USEPA and MADEP for work completed during the period of October 1, 2016 through September 30, 2017.