

AECOM
250 Apollo Drive
Chelmsford, MA 01824
aecom.com

October 21, 2024

Arnold Pacho
Docket Clerk of Court, United States District Court of Massachusetts
John Joseph Moakley, U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

*Reviewed and approved. RM Alesone DJ 10-31-24.*

**Annual Report for the Wildwood Property, a Portion of the Wells G&H Superfund Site in Woburn, Massachusetts, CV-91-11807-RGS**

Dear Mr. Pacho,

Enclosed for filing is the Annual Report for the Wildwood Property, a portion of the Wells G&H Superfund Site in Woburn, Massachusetts. This report is required by Section XI, Paragraph 31 of the Consent Decree. The report outlines major milestones accomplished during the preceding year and the remedial activities that are scheduled for the upcoming year.

As required by Section XXVII, Paragraph 97 of the Consent Decree, we are forwarding a copy to the Department of Justice, the United States Environmental Protection Agency, the Massachusetts Department of Environmental Protection, and the Source Area Defendants party to the Consent Decree.

Please confirm your receipt of the Annual Report by signing the enclosed copy of this letter and returning it in the envelope provided. Thank you.

Sincerely,

*[signature]*

Peter S. Cox, PG
Project Manager
AECOM
E: Pete.Cox@aecom.com

Signature of the Clerk _____

enclosures:   2024 Court Report
cc:           Distribution List

aecom.com

1/1